AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CLARENCE MICHAEL OSTEEN

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV206-178

JOSE VAZQUEZ, Warden;

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the order of this Court dated February 1, 2007, adopting the Report and Recommendation of the U.S. Magistrate Judge granting Respondent's Motion to Dismiss, and dismissing petition for writ of habeas corpus, filed pursuant to 28 U.S.C. Section 2241, judgement of dismissal is hereby entered and this case stands dismissed.

| 2/1/2007 | Scott L. Poff |
|---|---|
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |

GAS Rev 10/1/03